UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JANE DOE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-25-1160-J |
| ) | |
| STATE OF OKLAHOMA ex rel., ) | |
| THE BOARD OF REGENTS for the ) | |
| UNIVERSITY OF OKLAHOMA, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Before the Court is Plaintiff's Motion to File Exhibits Under Seal. [Doc. No. 4]. Upon review, and for good cause shown, the motion [Doc. No. 4] is GRANTED. Plaintiff may file the exhibits referenced in its motion under seal.

IT IS SO ORDERED this 8th day of October, 2025.

_____
BERNARD M. JONES
UNITED STATES DISTRICT JUDGE