**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| JANE DOE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-25-1160-J |
| | ) | |
| STATE OF OKLAHOMA ex rel., | ) | |
| THE BOARD OF REGENTS for the | ) | |
| UNIVERSITY OF OKLAHOMA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## <u>ORDER</u>

Before the Court is Plaintiff's Motion to File Exhibits Under Seal.  [Doc. No. 10].  Upon review, and for good cause shown, the motion [Doc. No. 10] is GRANTED.  Plaintiff may file the exhibits referenced in her motion under seal.

IT IS SO ORDERED this 10th day of October, 2025.

BERNARD M. JONES
UNITED STATES DISTRICT JUDGE