The UNIVERSITY of OKLAHOMA

# SCHOOL OF COMMUNITY MEDICINE
### The UNIVERSITY of OKLAHOMA - TULSA

- Careers in Medicine
- COM Policies
- CV and Personal Statement
- Dean's Letters
- Important Dates and Match Timeline
- The Interview
- Letters of Recommendation
- Match Terminology
- **MS4 Scheduling**
- NRMP Charting Outcomes
- NRMP: How the Match Works
- The Residency Application Dossier
- Web Resources
- Integrated Pre-Residency Program

## MSPE (Dean's Letter)

During June and July, right as you begin 4th year, you will meet with our Associate Dean for Student Affairs to discuss your MSPE. The Medical Student Performance Evaluation, also called a Dean's Letter, will be a vital piece of your application for residency programs.  This letter will include information about your academic performance as well as clerkship performance.

## MSPE Form

The MSPE Form must be submitted prior to your meeting with the Association Dean.  The form will be emailed to you and also available here.  Please have this filled out by June 1.

## Contents

**Unique Characteristics** – Information which might serve to distinguish this student from others.  It might reflect upon special achievements, personal or professional qualities, or extracurricular activities or accomplishments.  (Students will be invited to submit information for inclusion in this section of the document.)

**Academic History** – Tabular report of progress from matriculation to expected graduation.  This section cites any leaves of absence, any serious academic difficulty or probation, or adverse actions imposed by the College.

**Academic Progress** – Reports the cumulative grade point average at the conclusion of the second year of medical school, the student's quartile placement, and status with respect to USMLE Step 1.  If the student allows the score to be reported, it will be included in this section.

**Required Clerkships**  – Clerkships are listed in the order taken and the final grade is reported as well as unedited verbatim comments from the summary reports provided by each clerkship.   This section concludes with a report of the cumulative grade point average at the end of the third year, the student's quartile placement, and a statement that the College of Medicine requires students to take Step 2 CK and Step 2 CS prior to graduation.

**Summary** – Final narrative statement, which attempts to highlight the achievements of the student as well as reflect upon the student as an individual.

**Appendix –** A graph is provided that indicates the student's final grade in each of the clerkships, compared with the grade distribution for the entire class.  This lets a reader understand the performance of the applicant in comparison with his or her peer group.  An example can be found here.

## Final Version

The final version of the Dean's Letter will be available for your review before being sent to any residency program.  Students may offer suggestions for correction of any errors of fact that are identified, but are not otherwise allowed to edit the content of their letter.

**SAMPLE LETTER:** An example of a Dean's Letter written for an SCM student can be found here.

EXHIBIT 3



School of Community Medicine
OU - Tulsa Schusterman Center
4502 E. 41st Street
Tulsa, OK 74135

Accessibility
Sustainability
HIPAA
OU Job Search
Accreditation

Policies
Legal Notices
Copyright
Resources & Offices
OU Report It!

SCM SOCIAL MEDIA



Updated 4/1/2021 by School of Community Medicine: pappas@ou.edu