UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JANE DOE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>STATE OF OKLAHOMA ex rel., )<br>THE BOARD OF REGENTS for the )<br>UNIVERSITY OF OKLAHOMA, et al., )<br>)<br>Defendants. ) | Case No. CIV-25-1160-J |

## ORDER

Before the Court is Defendants' Motion to Strike Improper Caption. (Mot.) [Doc. No. 27]. Plaintiff initiated the instant action under a pseudonym but Defendants now assert that Plaintiff must first "obtain the Court's leave before proceeding under a pseudonym." Mot. at 2. The Court agrees, noting that "[w]hen a party wishes to file a case anonymously or under a pseudonym, it must first petition the district court for permission to do so." *W.N.J. v. Yocom*, 257 F.3d 1171, 1172 (10th Cir. 2001); *see also Nat'l Commodity and Barter Ass'n, Nat'l Commodity Exch. v. Gibbs*, 886 F.2d 1240, 1245 (10th Cir. 1989) ("Absent permission by the district court to proceed anonymously . . . the federal courts lack jurisdiction over the unnamed parties[.]").

Accordingly, the Court GRANTS Defendants' motion, [Doc. No. 27], and orders Plaintiff to either amend their Complaint to reflect their real name or to file a motion to continue under a pseudonym by October 28, 2025.

IT IS SO ORDERED this 23rd day of October, 2025.

BERNARD M. JONES
UNITED STATES DISTRICT JUDGE