UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JANE DOE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-25-1160-J |
| ) | |
| STATE OF OKLAHOMA ex rel., ) | |
| THE BOARD OF REGENTS for the ) | |
| UNIVERSITY OF OKLAHOMA, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

Before the Court is Plaintiff's Motion for Leave to Continue Proceeding Under Pseudonym [Doc. No. 30]. Defendants' shall file any response to Plaintiff's Motion by November 3, 2025. Any reply shall be filed by November 5, 2025.

IT IS SO ORDERED this 29th day of October, 2025.

BERNARD M. JONES
UNITED STATES DISTRICT JUDGE