**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| MEGAN HSIEH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 5:25-cv-01160-J |
| | ) | |
| STATE OF OKLAHOMA, *ex rel*., | ) | |
| THE BOARD OF REGENTS FOR THE | ) | |
| UNIVERSITY OF OKLAHOMA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S MOTION TO RECONSIDER ORDER**
**DENYING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

Plaintiff, by and through undersigned counsel, respectfully moves this Court pursuant to Rules 52(b) and 59(e) of the Federal Rules of Civil Procedure to reconsider, make additional findings, and alter or amend its findings in sections III.A and III.C as well as its judgment in section IV of its Order [Doc. 48 at 5-7, 9-10] which was entered and issued on March 13, 2026 and denied Plaintiff's Motion for a Preliminary Injunction.

While Plaintiff can no longer apply for residency positions in the Supplemental Offers and Acceptance Program ("SOAP") for this past residency Match cycle, as stated in Plaintiff's Motion: "Plaintiff still seeks this preliminary injunction and relief so that she can apply for the next main Match for residency positions in September 2026 and begin preparing for that." [Doc. 43]. Due to the Defendants' recent appeal of the denial of their qualified immunity claim [Doc. 49], this case will almost certainly not reach trial or be resolved in five months or prior to the next Match cycle in September.

Because of Defendants' unconstitutional and unlawful disciplinary actions, Plaintiff has lost a realistic chance of participating in the Match or application process for medical residency positions without irreparably damaging her reputation and medical career. In order for Plaintiff to be able to apply to these residency positions in the upcoming Match cycle, and for the reasons explained in her accompanying brief in support of this motion, Plaintiff requests this Court to reconsider certain findings and the judgment in its Order [Doc. 48] and instead find that Plaintiff is likely to succeed on the merits of her First Amendment claim and that the balance of equities and the public interest favor the Plaintiff, and thus grant the Plaintiff's requested preliminary injunction [Doc. 43] against the official capacity Defendants.

s/ Rand C. Eddy
Rand C. Eddy, OBA# 11822
Eddy Law Firm, P.C.
*Attorney for Plaintiff*
Participating Attorney for
The Rutherford Institute
3644 Rolling Lane Circle
Midwest City, Oklahoma 73110
Tel: (405) 203-6675
rand@eddylawok.com

AND

s/ Sawmon Y. Davani
Sawmon Y. Davani, OBA# 34515
Davani Law, PLLC
*Attorney for Plaintiff*
Participating Attorney for
The Rutherford Institute
2405 White Oaks Drive
Norman, OK 73071
Tel: (405) 414-5913
Facsimile (972) 584-1599
sawmon@davanilawpllc.com

**CERTIFICATE OF MAILING**

I hereby certify that, on the 10th day of April 2026, a copy of the foregoing was filed with the Court using the ECF system, which sent electronic notification to all counsel of record.

s/ Rand C. Eddy
Rand C. Eddy