**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

**April 29, 2026**

**Christopher M. Wolpert**
**Clerk of Court**

_____

MEGAN HSIEH, an individual,

     Plaintiff - Appellant/Cross-
     Appellee,

v.

STATE OF OKLAHOMA ex rel. THE
BOARD OF REGENTS FOR THE
UNIVERSITY OF OKLAHOMA, et al.,

     Defendants - Appellees/Cross-
     Appellants.

Nos. 26-6063 & 26-6070
(D.C. No. 5:25-CV-01160-J)
(W.D. Okla.)

_____

**ORDER**
_____

These cross-appeals each challenge aspects of the district court's order denying

plaintiff-appellant Megan Hsieh's motion for preliminary injunction. [*See* DC Dkt.

No. 48]. The court has completed its initial review of the docketing statement in

Appeal No. 26-6063 and the district court's docket, which docket shows that—within

28 days after the district court entered the order on appeal—Ms. Hsieh filed a motion

asking the district court to reconsider its denial of her motion for preliminary injunction.

[*See* DC Dkt. Nos. 54, 55]. The district court has yet to rule on Ms. Hsieh's motion for

reconsideration. Accordingly, the court abates these appeals pending the district court's

disposition of DC Dkt. No. 54.

Once the district court has ruled on DC Dkt. No. 54: (1) the Clerk of the district court shall supplement the preliminary record as Tenth Circuit Rule 3.2(B) requires; and (2) this court will provide the parties with additional directives regarding the prosecution of these appeals.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk

2