**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

MEGAN HSIEH,                                      )
                                                  )
            Plaintiff,                            )
                                                  )
v.                                                )        Case No. CIV-25-1160-J
                                                  )
STATE OF OKLAHOMA ex rel.,                        )
THE BOARD OF REGENTS for the                      )
UNIVERSITY OF OKLAHOMA, et al.,                   )
                                                  )
            Defendants.                           )

## ORDER

On March 13, 2026, the Court denied Plaintiff's motion for preliminary injunction, concluding that Plaintiff failed to establish a likelihood of success on the merits of her First Amendment claim. [Doc. No. 48]. Plaintiff seeks reconsideration, to which Defendants object. [Doc. Nos. 54–55, 70–72]. Plaintiff has also appealed the denial of her motion for preliminary injunction, but the Tenth Circuit has abated that appeal pending this Court's resolution of Plaintiff's motion to reconsider. [Doc. Nos. 69 & 73]. Also on March 13, 2026, the Court denied Defendants' motion to dismiss, concluding that Defendants are not entitled to qualified immunity. [Doc. No. 47]. Defendants have separately appealed that ruling and the appeal remains pending.

Upon review, the Court concludes that the issues bearing on Plaintiff's likelihood of success on the merits substantially overlap with those presented in Defendants' appeal from the denial of qualified immunity. The Tenth Circuit's resolution of that appeal may therefore inform the analysis of the issues raised in Plaintiff's motion to reconsider. Accordingly, in the interest of judicial economy and to avoid potentially inconsistent rulings, the Court STAYS its ruling on

Plaintiff's motion to reconsider pending the Tenth Circuit's resolution of Defendants' qualified immunity appeal.

      IT IS SO ORDERED this 10th day of August, 2026.

                                   BERNARD M. JONES, II
                                   UNITED STATES DISTRICT JUDGE