**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**August 17, 2026**

**Christopher M. Wolpert**
**Clerk of Court**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

---

MEGAN HSIEH, an individual,

Plaintiff - Appellant/
Cross-Appellee,

v.

STATE OF OKLAHOMA ex rel. THE BOARD OF REGENTS FOR THE UNIVERSITY OF OKLAHOMA, et al.,

Defendants - Appellees/
Cross-Appellants.

Nos. 26-6063 & 26-6070
(D.C. No. 5:25-CV-01160-J)
(W.D. Okla.)

---

**ORDER**

---

These cross-appeals each challenge aspects of the district court's order denying plaintiff-appellant Megan Hsieh's motion for preliminary injunction. [*See* DC Dkt. No. 48]. On April 29, 2026, this court abated this appeal pending the district court's disposition of Ms. Hsieh's "Motion to Reconsider Order Denying Plaintiff's Motion for Preliminary Injunction" [DC Dkt. Nos. 54, 55 (seeking reconsideration of DC Dkt. No. 48)].

On August 10, 2026, the district court entered an order staying its ruling on the motion to reconsider pending this court's disposition of defendants-appellees' appeal regarding the district court's denial of their motions to dismiss on the basis of qualified immunity. [DC Dkt. No. 77].

Upon consideration, the court continues the abatement of this appeal pending <u>both</u>: (1) this court's disposition of the qualified immunity appeal, *see* Appeal No. 26-6052; <u>and</u> (2) the district court's disposition of the motion to reconsider [DC Dkt. Nos. 54, 55].

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk