**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| MEGAN HSIEH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-25-1160-J |
| | ) | |
| STATE OF OKLAHOMA ex rel., THE BOARD OF REGENTS for the UNIVERSITY OF OKLAHOMA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

The Court SETS this matter for an in-person Status Conference on September 16, 2026, at 11:00 a.m. Counsel shall be prepared to provide a brief update regarding the status of the case and to discuss potential avenues for resolving this matter.

IT IS SO ORDERED this 4th day of September, 2026.

BERNARD M. JONES, II
UNITED STATES DISTRICT JUDGE