**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| MEGAN HSIEH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-25-1160-J |
| | ) | |
| STATE OF OKLAHOMA ex rel., THE BOARD OF REGENTS for the UNIVERSITY OF OKLAHOMA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Based on the discussion at the Status Conference held on this date, the Court ORDERS the parties to a judicial settlement conference before United States Magistrate Judge Shon T. Erwin. The parties will receive further instructions from Judge Erwin.

IT IS SO ORDERED this 16th day of September, 2026.

BERNARD M. JONES, II
UNITED STATES DISTRICT JUDGE