**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| MEGAN HSIEH,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF OKLAHOMA ex rel.,<br>THE BOARD OF REGENTS for the<br>UNIVERSITY OF OKLAHOMA, et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. CIV-25-1160-J |

**ORDER**

The Court SETS this matter for a telephonic Status Conference at 10:00 a.m. on November 24, 2026. Counsel will be contacted with further instructions to join telephonically.

IT IS SO ORDERED this 19th day of November, 2026.

BERNARD M. JONES, II
UNITED STATES DISTRICT JUDGE