**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

MEGAN HSIEH, )
)
Plaintiff, )
)
v. ) Case No. CIV-25-1160-J
)
STATE OF OKLAHOMA ex rel., )
THE BOARD OF REGENTS for the )
UNIVERSITY OF OKLAHOMA, et al., )
)
Defendants. )

**ORDER**

Based on the discussion at the Status Conference held on this date, the Court ORDERS the parties to submit a joint notice no later than 12:00 p.m. on December 15, 2026 advising the Court as to the status of this matter.

IT IS SO ORDERED this 24th day of November, 2026.

BERNARD M. JONES, II
UNITED STATES DISTRICT JUDGE